# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2019

158903(54)(55)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

FRANK ANTHONY SCOLA,
      Plaintiff-Appellant,

v

JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION, and JP MORGAN CHASE &
CO.,
      Defendants-Appellees,
and

KATHLEEN SCOLA, ESTATE OF JOHN
BARROW BROWN, and CITY OF WAYNE,
      Defendants.
_____/

SC: 158903
COA: 338966
Wayne CC: 15-002804-NI

      On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before November 27, 2019. On further order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before November 8, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2019



Clerk